No. 326. JEWEL REDWINE *v.* STATE OF TEXAS. Error to the Court of Criminal Appeals of the State of Texas. Submitted March 15, 1923. Decided March 19, 1923. *Per Curiam.* Affirmed with costs upon the authority of

*Ughbanks* v. *Armstrong,* 208 U. S. 481.  *Mr. Joe Burkett* and *Mr. A. H. Carrigan* for plaintiff in error.  *Mr. W. A. Keeling* and *Mr. L. C. Sutton* for defendant in error.